UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **EDCV 21-00755-DMG (JEM)** | Date | September 8, 2021 |
|---|---|---|---|
| Title | **Lawrence Joseph Limon v. Kiloko Kijakazi** | | |

| Present: The Honorable | **JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE** |
|---|---|

| S. Lorenzo | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:**   **(IN CHAMBERS) ORDER RE PARTIES' FAILURE TO FILE JOINT STATUS REPORT DUE ON SEPTEMBER 1, 2021**

  The Court notes that parties have failed to file a Joint Status Report which was due on September 1, 2021. This Court requested a Joint Status Report on August 25, 2021 (Dkt. 10) as the Certified Administrate Records ("CAR") and the Answer have not been filed.  As the Case Management Order dated April 30, 2021 (Dkt.7) indicates, Defendant had 90 days after service of the Complaint to file the CAR and Answer.  As the Complaint was served on May 20, 2021, the CAR and Answer were due to be filed on August 18, 2021.

  Accordingly, the Court ORDERS the parties to show cause in writing on or before **September 22, 2021**, why this action should not be dismissed for lack of prosecution. Parties are advised that failure to file a Joint Status Report may result in the Court recommending that the case be dismissed for failure to prosecute pursuant to Federal Rules of Civil Procedure 4(l) and 4(m).

|  | : |
|---|---|
| Initials of Preparer | slo |