# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LAWRENCE JOSEPH L.,

    Plaintiff,

v.

KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration,

    Defendant.

Case No. EDCV 21-00755-DMG-JEM

J U D G M E N T

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and this action is DISMISSED with prejudice.

DATED: September 26, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE